IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RAJAA ALQUDAH**,

        Plaintiff,

v.

**WELLS FARGO BANK, N.A.**,

        Defendant.

No. 3:18-cv-02143-MO

JUDGMENT

**MOSMAN, J.,**

Based upon the Order of the Court [20] following oral argument, it is hereby ordered and adjudged that Plaintiff's Complaint [1] is DISMISSED with prejudice.

DATED this 24 day of May, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge

1 – JUDGMENT